Scott M. Lempert, NJBN 035281995
(A Member of the Bar of this Court)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONNA GARBACCIO, individually and on behalf of all others similarly situated, | ) <br> ) <br> ) <br> ) Civil Action <br> ) |
| Plaintiff, | ) No. 2:16-cv-02740(JMV)(JBC) <br> ) |
| v. | ) Honorable John Michael Vazquez |
| ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER AND SUBSIDIARIES, *et al.*, | ) United States District Judge <br> ) <br> ) Honorable James B. Clark <br> ) United States Magistrate Judge |
| Defendants. | ) <br> ) CLASS ACTION |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE
CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Donna Garbaccio, by and through her attorneys, respectfully moves the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and

method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of incentive awards to the named plaintiffs.

Dated: August 3, 2017   Respectfully submitted,

/s/ Scott M. Lempert
Scott M. Lempert, NJBN 035281995
Karen L. Handorf, *admitted pro hac vice*
Michelle C. Yau, *admitted pro hac vice*
Mary J. Bortscheller, *admitted pro hac vice*
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Avenue, N.W., Suite 500
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: slempert@cohenmilstein.com
khandorf@cohenmilstein.com
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com

Laura R. Gerber, *admitted pro hac vice*
Lynn Lincoln Sarko, *admitted pro hac vice*
Havila C. Unrein, *admitted pro hac vice*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lgerber@kellerrohrback.com
lsarko@kellerrohrback.com
hunrein@kellerrohrback.com

Ron Kilgard, *admitted pro hac vice*
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiff Garbaccio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the above-referenced Motion with the Clerk of the Court using the ECF system, which in turn sent notice to all counsel of record.

Dated:   August 3, 2017                              /s/ Scott M. Lempert
                                                     Scott M. Lempert