UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA GARBACCIO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER AND SUBSIDIARIES, *et al.*, <br><br> Defendants. | Civil Action <br><br> No. 2:16-cv-02740(JMV)(JBC) <br><br> Honorable John Michael Vazquez <br> United States District Judge <br><br> Honorable James B. Clark <br> United States Magistrate Judge <br><br> CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF SETTLEMENT
<u>AGREEMENT AND CERTIFICATION OF SETTLEMENT CLASS</u>**

Plaintiffs Donna Garbaccio, Mary Lynne Barker, Anne Marie Dalio, and Dorothy Flar ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on October 5, 2017 (ECF No. 108); and (2) granting final certification of the Class pursuant to Federal Rules of Civil

2310013.1

Procedure 23(b)(1) and/or 23(b)(2).[1]  Although they do not agree with all the averments stated in the supporting Memoranda, Defendants do not oppose the relief sought herein.  For the reasons fully set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith.

Dated: January 19, 2018          Respectfully submitted,

*/s/ Scott M. Lempert*
Scott M. Lempert, NJBN 035281995
Karen L. Handorf, *admitted pro hac vice*
Michelle C. Yau, *admitted pro hac vice*
Mary J. Bortscheller, *admitted pro hac vice*
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: slempert@cohenmilstein.com
khandorf@cohenmilstein.com
myau@cohenmilstein.com
mbortscheller@cohenmilstein.com

---

[1] Plaintiffs file the instant Motion contemporaneously with their Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and for Incentive Awards to Named Plaintiffs.

2

2310013.1

Laura R. Gerber, *admitted pro hac vice*
Lynn Lincoln Sarko, *admitted pro hac vice*
Havila C. Unrein, *admitted pro hac vice*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lgerber@kellerrohrback.com
lsarko@kellerrohrback.com
hunrein@kellerrohrback.com

Ron Kilgard, *admitted pro hac vice*
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com

*Counsel for Plaintiff Garbaccio*

3

**2310013.1**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2018, I electronically filed the Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class with the Clerk of Court using the ECF filing system which in turn sent notice to all counsel of record.

/s/     Scott M. Lempert
Scott M. Lempert