# Exhibit C

*Garbaccio v. St. Joseph's Hospital and Medical Center and Subsidiaries, et al.*
Case No. 2:16-cv-2740 (D.N.J.)

**Cohen Milstein Sellers & Toll PLLC Lodestar and Expenses**
Case Development and Inception – January 16, 2018

| Timekeeper | Hours | Rate | Lodestar |
|---|---:|---:|---:|
| **Attorneys:** | | | |
| Handorf, Karen, L. | 83.00 | $880 | $73,040.00 |
| Yau, Michelle, C. | 138.50 | $660 | $91,410.00 |
| Bortscheller, Mary, J. | 222.00 | $515 | $114,330.00 |
| Hettinger, Kira | 131.75 | $445 | $58,628.75 |
| Lempert, Scott | 382.50 | $700 | $267,750.00 |
| Bowers, Jamie | 73.75 | $425 | $31,343.75 |
| Horwitz, Julia | 11.75 | $465 | $5,463.75 |
| Other Attorneys: | 184.75 | | $92,618.75 |
| **Subtotal:** | 1228.00 | | $734,585.00 |
| | | | |
| **Professionals:** | | | |
| Dewees, Maria | 15.5 | $280 | $4,340.00 |
| Grant-Knight, Connor | 111 | $280 | $31,080.00 |
| Other Professionals: | 142.75 | | $38,050.00 |
| **Subtotal:** | 269.25 | | $73,470.00 |
| | | | |
| TOTAL LODESTAR: | | | $808,055.00 |

| Description of Expense | Amount |
|---|---:|
| Copies | $7.75 |
| Telephone/Facsimile | $74.53 |
| Postage/Express Delivery | $121.32 |
| Court Costs | $1,786.00 |
| Computer Research | $2,912.78 |
| Travel (Airfare, ground travel, meals, lodging) | $2,301.28 |
| Mediation Services | $4,200 |
| Settlement Administration Services | $11,099.00 |
| Other Professional Services | $1,320 |
| Miscellaneous | $429.64 |
| | |
| **TOTAL EXPENSES:** | $24,252.30 |