# Exhibit D

**Garbaccio v. St. Joseph's Hospital and Medical Center, No. 16-cv-02740 Attorneys' Fees**

**FIRM NAME:** <u>Keller Rohrback L.L.P.</u>

**REPORTING PERIOD:** <u>Case Development & Inception - January 16, 2018</u>

| Timekeeper | Hours | Rate | Lodestar |
|---|---:|---|---:|
| | | | |
| Attorneys | | | |
| Ron Kilgard | 82.20 | $940 | $ 77,268.00 |
| Laura Gerber | 38.1 | $775 | $ 29,527.50 |
| Lynn Lincoln Sarko | 26.2 | $995 | $ 26,069.00 |
| Christopher Graver | 31.5 | $870 | $ 27,405.00 |
| Other Attorneys | 16.90 | | $ 11,950.00 |
| | | | |
| Professionals | | | |
| A.J. de Vries | 88.8 | $285 | $ 25,308.00 |
| Other Professionals | 16.80 | | $ 4,957.30 |
| | | | |
| **Total** | **300.5** | | **$ 202,484.80** |

**Garbaccio v. St. Joseph's Hospital and Medical Center, No. 16-cv-02740 Expenses**

**FIRM NAME: Keller Rohrback L.L.P.**

**REPORTING PERIOD: Case Development & Inception - January 16, 2018**

| Description | Amount |
|---|---|
| Computer Research | $ 111.60 |
| Copies | $ 759.35 |
| Court Costs | $ 1,236.00 |
| Postage/Express Delivery | $ 187.33 |
| Telephone/Facsimile | $ 5.06 |
| Travel (Air fare, ground travel, meals, lodging) | $ 1,219.89 |
| | |
| **Total** | **$ 3,519.23** |