# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA GARBACCIO, individually and on behalf of all others similarly situated, | ) ) ) |
| | ) Civil Action |
| Plaintiff, | ) ) No. 2:16-cv-02740(JMV)(JBC) |
| v. | ) ) |
| | ) Honorable John Michael Vazquez |
| ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER AND SUBSIDIARIES, *et al.*, | ) United States District Judge ) ) Honorable James B. Clark ) United States Magistrate Judge |
| Defendants. | ) ) CLASS ACTION |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS

Plaintiffs Donna Garbaccio, Mary Lynne Barker, Anne Marie Dalio, and Dorothy Flar ("Named Plaintiffs") respectfully move the Court for an Order: (i) approving the negotiated attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC and Keller Rohrback, L.L.P. ("Class Counsel"),[1] and (ii) granting incentive awards to themselves as class representatives.

Accordingly, for the reasons fully set forth in the accompanying

---

[1] The request for attorneys' fees is also made on behalf of other plaintiffs' counsel Kessler Topaz Meltzer & Check, L.L.P., and Izard Kindall & Raabe, L.L.P.

2281675.1

Memorandum, Plaintiffs respectfully ask that the Court GRANT Plaintiffs' Motion and approve $2,500,000 for the payment of attorneys' fees and expenses, and incentive awards of $10,000 to each of the four Named Plaintiffs.

Dated: January 19, 2018				Respectfully submitted,

                */s/ Scott M. Lempert*
                Scott M. Lempert, NJBN 035281995
                Karen L. Handorf, *admitted pro hac vice*
                Michelle C. Yau, *admitted pro hac vice*
                Mary J. Bortscheller, *admitted pro hac vice*
                **COHEN MILSTEIN SELLERS**
                 **& TOLL PLLC**
                1100 New York Avenue, N.W., Suite 500
                Washington, DC 20005
                Tel.: (202) 408-4600
                Fax: (202) 408-4699
                Email: slempert@cohenmilstein.com
                khandorf@cohenmilstein.com
                myau@cohenmilstein.com
                mbortscheller@cohenmilstein.com

                Laura R. Gerber, *admitted pro hac vice*
                Lynn Lincoln Sarko, *admitted pro hac vice*
                Havila C. Unrein, *admitted pro hac vice*
                **KELLER ROHRBACK L.L.P.**
                1201 Third Avenue, Suite 3200
                Seattle, WA 98101-3052
                Tel.: (206) 623-1900
                Fax: (206) 623-3384
                Email: lgerber@kellerrohrback.com
                lsarko@kellerrohrback.com
                hunrein@kellerrohrback.com

                Ron Kilgard, *admitted pro hac vice*

2281675.1

3

          **KELLER ROHRBACK L.L.P.**
          3101 North Central Avenue, Suite 1400
          Phoenix, AZ 85012
          Tel.: (602) 248-0088
          Fax: (602) 248-2822
          Email: rkilgard@kellerrohrback.com

          *Counsel for Plaintiff Garbaccio*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 19, 2018, I electronically filed the Unopposed Motion For Approval Of Attorneys' Fees, Reimbursement Of Expenses And For Incentive Awards To Named Plaintiffs with the Clerk of Court using the ECF filing system which in turn sent notice to all counsel of record.

                                        /s/     Scott M. Lempert
  &nbsn;                                            Scott M. Lempert